IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Herbert A. Nickell, : | |
| : | |
| Plaintiff(s)m : | |
| : | Case Number: 1:16cv901 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Nancy A. Berryhill, Acting Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court on the parties' joint motion to remand this case for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 13).

Pursuant to the parties' agreement, upon remand the Appeals Council will vacate all findings in the Administrative Law Judge's (ALJ's) decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether plaintiff is under a disability as defined by the Social Security Act.

The parties' joint motion to remand (Doc. 13) is GRANTED. It is therefore ORDERED that this case is REMANDED to the Commissioner of Social Security for further administrative proceedings. The Clerk of Court shall enter a separate judgment as required Fed. R. Civ. P. 58.

IT IS SO ORDERED.

                                                                                                                                                           s/Susan J. Dlott  
                                                                                                                                                           Judge Susan J. Dlott  
                                                                                                                                                           United States District Court